UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTELMO ROJAS,

              Plaintiff,

-against-

METRO-NORTH COMMUTER RAILROAD,

              Defendant.

**ORDER**

21 Civ. 8248 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The conference currently scheduled for February 17, 2022 is adjourned to **February 24, 2022 at 10:15 a.m.**

        As set forth in this Court's October 13, 2021 order (Dkt. No. 6), the parties must submit a joint letter seven days before the conference addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; and (3) the prospect for settlement.

Dated:  New York, New York
          February 16, 2022

SO ORDERED.

*Paul G. Gardephe*

_____
Paul G. Gardephe
United States District Judge