UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTELMO ROJAS,

              Plaintiff,

     -against-

METRO-NORTH COMMUTER RAILROAD,

              Defendants,

**ORDER**

21 Civ. 8248 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The conference scheduled for May 26, 2022 is adjourned <u>sine</u> <u>die</u>.

Dated: New York, New York
       May 11, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge